AO 91 (Rev. 08/09) Criminal Complaint

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:15MJ123 |
| MUNEEB AKHTER | ) | |
| SOHAIB AKHTER | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 2014 to on or about Jan. 2015  in the county of  Fairfax  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1029(a)(2) and (b)(2) | The defendants knowingly and with intent to defraud, conspired to traffic in and use one or more unauthorized access devices during a one-year period, and by such conduct obtained things of value aggregating $1,000 or more during that period, said conduct affecting interstate commerce. |

This criminal complaint is based on these facts:
(See attached affidavit.)

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Gene Rossi / John Taddei

*Complainant's signature*
Gershon Ross, Special Agent,
Department of Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  2/27/2015

/s/
John F. Anderson
~~United States Magistrate Judge~~
*Judge's signature*

City and state:  Alexandria, VA

Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*