IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:15MJ123 |
| | ) | |
| MUNEEB AKHTER | ) | |
| SOHAIB AKHTER, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF COMPLAINT

The United States of America by and through its attorneys, Dana J. Boente, United States Attorney, Eastern District of Virginia, and John P. Taddei, Special Assistant United States Attorney, respectfully requests that the above-captioned criminal complaint and affidavit in support of the complaint, filed on February 27, 2015, be unsealed.

This office previously requested that the criminal complaint and affidavit in support of the complaint be sealed, *inter alia*, because the individuals who are being investigated were not aware of the ongoing matter. It is now respectfully requested that the criminal complaint and affidavit in support of the complaint be unsealed as all potential defendants are aware of the ongoing matter.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
John P. Taddei
Special Assistant United States Attorney (LT)